UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **DANIEL SHEEHAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:23-cv-57 |
| | ) |
| **CLEVELAND CLIFFS BURNS** | ) |
| **HARBOR, LLC,** | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Daniel Sheehan ("Sheehan"), brings claims against Defendant, Cleveland Cliffs Burn Harbor, LLC ("Defendant"), and states as follows:

### OVERVIEW

1. This is an employment discrimination action (disability) brought by Sheehan against Defendant alleging that he was discriminated against in violation of the Americans with Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. §12101 et. seq.

### PARTIES

2. Sheehan is an individual who, at all relevant times, lived in Newton County, Indiana.

3. Defendant runs a steel mill in Porter County, Indiana.

4. At all relevant times, Sheehan was a job applicant who was interviewed and tested for positions with Defendant. Moreover, Sheehan is disabled as that term is defined by the ADA.

5. Defendant is an 'employer' as that term is defined by 42 U.S.C. §12111(5)(A).

\

## JURISDICTION

6. This Court has jurisdiction over Defendant pursuant to U.S.C. 28 U.S.C. §1331 and 42: U.S.C. §12117(a).

7. Sheehan properly exhausted his administrative remedies by timely filing a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging discrimination based on disability. A dismissal and notice of suit rights was issued, and Sheehan bring this complaint within 90 days of receipt thereof.

## VENUE

8. Venue is appropriate in the Northern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Northern District of Indiana.

## FACTS

9. Sheehan suffered a stroke in 2006. He applied for and was awarded social security disability benefits.

10. Prior to this, Sheehan had worked in industrial settings successfully and noted as much on his job applications.

11. Sheehan applied for a position with Defendant in July 2021. He was interviewed on or about September 8, 2021. He disclosed that he was on SSDI and had a disability.

12. Defendant requires all applicants to pass a strenuous physical and computer test. Sheehan passed both before his interview.

13. Notwithstanding a successful interview, Defendant did not hire Sheehan. It did, however, continue to post the need for additional workers at its Burn Harbor location, as many as 250 employees over the coming months.

14. Sheehan thereafter attended a job fair. He spoke to an individual who represented she was Defendant's Labor Relations Manager. Sheehan shared some of his medical background with her. She told Sheehan that his disability would not disqualify him so long as he passed the tests.

15. Sheehan was interviewed again, and he was asked questions about his disability. Ultimately, Defendant denied Sheehan a second time claiming that they were looking for individuals with 'strong work histories.'

16. Defendant has a policy of affording elevated status to applicants who has one or more relatives working for Defendant. Sheehan had a relative working for the company, but, upon information and belief, he was not afforded the proper deference.

17. Defendant then and thereafter hired high school kids right out of high school who had little to no work history.

18. Sheehan has suffered financial harm as a result of Defendant's conduct.

## LEGAL COUNT

## COUNT 1: DISABILITY DISCRIMINATION

19. Sheehan incorporates paragraphs 1 – 18 herein.

20. Sheehan is a qualified individual with a disability, has a record of being disabled, and/or Defendant perceived him as being disabled or that he had a condition that was more disabling than it actually was.

21. Defendant refused to hire Defendant because of his disability.

22. Sheehan was harmed by Defendant's unlawful willful and/or reckless conduct. Defendant violated the ADA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in his favor and award him the following relief:

    a.    An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

    b.    An Order awarding Plaintiff punitive damages as provided for by federal law;

    c.    An Order awarding Plaintiff the costs of this action;

    d.    An Order awarding Plaintiff his attorney's fees;

    e.    An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

                                                      Attorney for Plaintiff